■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENDY E. TOVES, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Aylward, J.), rendered December 10, 1981, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. There was sufficient corroborative testimony which "tends to connect defendant to the crime" (*People v Glasper,* 52 NY2d 970, 971; CPL 210.30, subd 6). Mollen, P. J., Titone, Bracken and Brown, JJ., concur.